UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Pro Se Litigant              )      Civil Complaint
Mr. Joe W. J. Louis          )
23345-048                    )
Medical Center               )
Devens 01432                 )
        Plaintiff            )
          -v-                )
Govenor State of             )
New York Mr Cuomo            )      Docket Number to
Mayor City of                )      be supplied by Court
New York Mr                  )      Clerk
DeBiasio                     )
National Guard               )
State of New York            )
Metropolitan                 )
Transportation               )
Authority New                )
York City                    )
Police Dept City of          )
New York                     )
        Respondents          )
        Defendents           )
```

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 29 PM 2:31

Comes now the Plaintiff in the above captioned matter into this Honorable U.S. District Court. And thus now alledges gross negligence of the Respondents the Govenor for the State of New York needs to call out the National Guard and place (4) four National Guard soldiers on every elementry school bus in the State of New York (2) two in the front of the bus two in the back.

ALLSO FOR THE NATIUNAL GUARD TROOPS STOP AND SEARCH EVERY CAR VAN BUS TRUCK ENTERING N.Y. STATE AT THE BORDER WITH CANADA WITH GEISER COUNTERS TO DETECT RADIATION FROM AN SUIT CASE BOMB NUCLEAR DEVICE OR DIRTY BOMB. FURTHERMORE THE METROPOLITAN TRANSPORTATION AUTHORITY NEEDS TO STOP ALL TRAIN TRAFFIC IN MANHATTAN AND SEARCH THE TRAIN TRACKS AT NIGHT BETWEEN THE HOURS OF 12:30 AT NIGHT UNTIL 5 FIVE A.M. IN the MORNING TO LOOK FOR AN ATTEMPT TO DERAIL AN TRAIN AND TO SEARCH ALL GARBAGE RECEPTICLES ON SUBWAY PLATFORMS AT CITY HALL WEST 4TH ST. 14TH ST. 23RD ST. 34TH ST. 42ND ST. 57TH ST. AND FOR the MAYOR TO CONDUCT MOCK-CIVIL-DEFENSE EMMERGENCY EVACUATION DISASTER DRILLS AT ALL ELEMENTRY SCHOOLS IN NEW YORK CITY AND FOR THE MAYOR TO PROVIDE THE FUNDS TO BUILD UNDERGROUND HOSPITALS AND UNDERGROUND NUCLEAR FALL-OUT SHELTERS AT ELEMENTRY SCHOOLS IN NEW YORK CITY. ALLSO FOR THE GOVENOR TO AUTHORIZE FUNDS TO BUILD NEAR ALBANY NEW YORK AN UNDERGROUND NATIUNAL GUARD ARMURY.

Signed _____
DATE June 23rd.

Respectfully SUBMITTED
MR. JUE W. JEAN-LOUIS
23345-048 DEVENS
MEDICAL CENTER
81432



Mr. Joe W. T. Lewis
23345-048
Medical Center
Devens
Massachusetts 01432-410

Attention
Court Clerk
Please Stamp Date
Received
Apply Docket Number
And File Away

U.S. Unappointed States District Court
Southern District of
New York
500 Pearl Street
New York City
10007-131508